## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　Branko Filimonovic<br>　　Michelle Filimonovic<br>　　　　　Debtor(s) | Case No. 13 B 23169 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/03/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 08/28/2013.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,150.00 |
| Less amount refunded to debtor | $522.08 |
| **NET RECEIPTS:** | **$1,627.92** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $78.06 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,578.06** |

Attorney fees paid and disclosed by debtor:   $2,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Activity Collection SE | Unsecured | 1,036.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Radiologists SC | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Radiologists SC | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| AFNI Insurance Services | Unsecured | 8,436.00 | NA | NA | 0.00 | 0.00 |
| Alphera Financial Services | Unsecured | 2,841.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 1,569.00 | NA | NA | 0.00 | 0.00 |
| Animal House of Chicago | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 12,031.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| BANK OF America | Unsecured | 19,285.00 | NA | NA | 0.00 | 0.00 |
| BANK OF America | Unsecured | 27,100.00 | NA | NA | 0.00 | 0.00 |
| Beneficial | Unsecured | 29,103.00 | NA | NA | 0.00 | 0.00 |
| Beneficial | Unsecured | 28,692.00 | NA | NA | 0.00 | 0.00 |
| BMW Financial Services | Unsecured | 2,841.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 5,852.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 5,315.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 4,822.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 19,284.00 | NA | NA | 0.00 | 0.00 |
| Central Mortgage Company | Secured | 437,826.00 | 475,777.46 | 475,777.46 | 0.00 | 0.00 |
| Central Mortgage Company | Secured | 90,000.00 | 123,114.21 | 90,000.00 | 0.00 | 0.00 |
| Chase Bank | Unsecured | 1,879.00 | NA | NA | 0.00 | 0.00 |
| Chicago Women's Health Group | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Children's Memorial Hospital | Unsecured | 13,413.00 | NA | NA | 0.00 | 0.00 |
| Citibank FSB | Unsecured | 8,937.00 | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Finance/Water | Secured | 1,449.00 | 470.99 | 470.99 | 49.86 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover FIN SVCS LLC | Unsecured | 10,195.00 | NA | NA | 0.00 | 0.00 |
| Diversified Emergency Services | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| Fullerton Kimball Medical Grp | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Fullerton Kimball Surgical Ctr | Unsecured | 10,674.00 | NA | NA | 0.00 | 0.00 |
| Geico Insurance | Unsecured | 59,375.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 19,257.00 | NA | NA | 0.00 | 0.00 |
| I C System INC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection SE | Unsecured | 1,654.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 55,000.00 | 14,167.13 | 14,167.13 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 26,000.00 | 43,284.21 | 43,284.21 | 0.00 | 0.00 |
| Laboratory Corp. of America | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| LX Health Advocate Center | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| Macy's/DSNB | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Meridian Refional Imaging LLC | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Michael G Close MD | Unsecured | 1,404.00 | NA | NA | 0.00 | 0.00 |
| Neurologic & Orthopedic Hosp | Unsecured | 1,654.00 | NA | NA | 0.00 | 0.00 |
| North Shore Center of Dental | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| North Shore Univ HealthSystem | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Med. Faculty Fnd. | Unsecured | 8,088.00 | NA | NA | 0.00 | 0.00 |
| Pediatric Anesthesia Assoc | Unsecured | 2,352.00 | NA | NA | 0.00 | 0.00 |
| Quality Healthcare Equipment | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| RBS Citizens N.A. | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 974.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 1,253.00 | NA | NA | 0.00 | 0.00 |
| Target National BANK | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Thorek Memorial Hospial | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo BANK N.A. | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| WFDS/WDS | Unsecured | 1,756.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $475,777.46 | $0.00 | $0.00 |
| Mortgage Arrearage | $90,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $470.99 | $49.86 | $0.00 |
| **TOTAL SECURED:** | **$566,248.45** | **$49.86** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $43,284.21 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$43,284.21** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,167.13** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,578.06 |
| Disbursements to Creditors | $49.86 |
| **TOTAL DISBURSEMENTS** : | **$1,627.92** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/31/2014        By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**